

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2024

No. 04-24-00427-CV

**IN RE** Christian Miguel **ARROYO**

Original Proceeding[1]

**ORDER**

On June 28, 2024, relator filed a petition for writ of mandamus. After considering the petition and attached record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 21, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2021-CI-16383, styled *In the Interest of L.I.A.-N., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.